**P. L. GARRISON, Petitioner,**

v.

**BEXAR-MEDINA-ATASCOSA COUNTIES WATER IMPROVEMENT DISTRICT NO. I, Respondent.**

**No. A-11595.**

Supreme Court of Texas.

Oct. 5, 1966.

Rehearing Denied Nov. 23, 1966.

Fulbright, Crooker, Freeman, Bates & Jaworski, M. W. Parse, Jr., Houston, for petitioner.

Elbert Hooper, Austin, for petitioner.

Briscoe & Corley, Devine, Graves, Dougherty, Gee & Hearon, Austin, for respondent.

## ON APPLICATION FOR WRIT OF ERROR

PER CURIAM.

The Court of Civil Appeals has held that Article 7500a, Vernon's Ann.Tex.Civ.Stat., has no application to a stream which is navigable under the provisions of Article 5302. 404 S.W.2d 376. We approve this holding, and the application for writ of error is Refused, No Reversible Error.